JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XIAOYE BAI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　Respondents. | No. 2:21-cv-04939-JGB (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to exhaust state remedies.

Dated: September 23, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge